## A98A0346. MURPHY v. THE STATE.
(518 SE2d 430)

McMURRAY, Presiding Judge.

This Court's judgment in this case in 233 Ga. App. 579 (504 SE2d 484), affirming the judgment of the trial court, having been reversed by the Supreme Court of Georgia in *Murphy v. State*, 270 Ga. 880 (515 SE2d 148), this Court's judgment is vacated and set aside. The judgment of the Supreme Court of Georgia is made the judgment of this Court, and the trial court's judgment is reversed.

*Judgment reversed. Blackburn, P. J., and Eldridge, J., concur.*

DECIDED MAY 18, 1999.

*Thomason & Blackmon, Valerie C. Thomason,* for appellant.
*Peter J. Skandalakis, District Attorney, Kevin W. Drummond, Assistant District Attorney,* for appellee.